**DISMISS; Opinion Filed April 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00077-CV

### AMAR SANDHU, Appellant
### V.
### MAJESTIC DEVELOPMENT & CONSTRUCTION, INC., Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 02-0811**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Myers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 21, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 21, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated February 4, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of

this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/ Lana Myers/
LANA MYERS
JUSTICE

140077F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMAR SANDHU, Appellant

No. 05-14-00077-CV        V.

MAJESTIC DEVELOPMENT &
CONSTRUCTION, INC., Appellee

On Appeal from the 59th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. 02-0811.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MAJESTIC DEVELOPMENT & CONSTRUCTION, INC. recover its costs of this appeal from appellant AMAR SANDHU.

Judgment entered this 10th day of April, 2014.

/Lana Myers/
LANA MYERS
JUSTICE

–3–